ONEIDA COUNTY and another, Appellants, vs. KEPPLER and others, Respondents.

*February 21—May 2, 1905.*

*Oneida Co. v. Tibbits, ante,* p. 9, followed.

APPEAL from a judgment of the circuit court for Oneida county: W. C. SILVERTHORN, Circuit Judge. *Reversed.*

For the appellants there were briefs by *Sam. S. Miller,* district attorney, and *Greene, Fairchild, North & Parker,* of counsel, and oral argument by *Geo. C. Greene.*

*John Barnes,* for the respondents.

The following opinion was filed March 14, 1905:

DODGE, J. This case, being in all respects material to the decision identical with *Oneida Co. v. Tibbits, ante,* p. 9, was heard therewith and is controlled thereby.

*By the Court.*—Judgment reversed, and cause remanded with directions to enter judgment as demanded by the complaint.

Motions to modify the mandate and for a rehearing were denied, and the following amendment to the mandate was filed, on May 2, 1905:

*By the Court.*—The judgment and mandate of this court rendered March 14, 1905, is now amended so as to read as follows, viz.:

Judgment reversed, and cause remanded with directions to enter judgment in favor of plaintiffs and against all the defendants for the sum of $1,490.18, together with five per cent. damages and interest at the rate of ten per cent. per annum from March 15, 1902, as also for costs.